(No. 6070— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

FREEPORT MEMORIAL HOSPITAL, A Non-Profit Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed August 30, 1971.*

JOHN G. WHITON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6073— ▮▮▮▮▮▮▮▮▮▮▮▮▮)

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed August 30, 1971.*

DENT, HAMPTON and DOTEN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.